UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

PETER ANEKWE,

                   Petitioner,

    -against-

WILLIAM PHILLIPS, Superintendent, Green Haven
Correctional Facility,
and
ELIOT SPITZER,

                 Respondents.

------------------------------------------------------------------ X

05 CV 2183 (ARR)

NOT FOR
PUBLICATION

ORDER

ROSS, United States District Judge:

On May 2, 2005, petitioner Peter Anekwe filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Mr. Anekwe filed a Memorandum of Law in support of his petition for writ of habeas corpus on August 23, 2005. The government responded to the court's Order to Show Cause on November 9, 2005. On December 1, 2005, Mr. Anekwe filed a motion to appoint counsel and requested permission to amend Point One of his Memorandum of Law.

     It is hereby

     ORDERED that petitioner's request for appointment of counsel is denied at this time without prejudice. This application may be renewed at the conclusion of briefing in this case. It is further

     ORDERED that petitioner's request to amend Point One of his Memorandum of Law is granted. Petitioner shall file the amendment to his Memorandum of Law by January 9, 2006. If respondents wish to supplement their response to the Order to Show Cause, they are directed to

do so by February 10, 2006. Petitioner's reply, if any, shall be served on respondents' counsel and filed with the Clerk of Court by March 10, 2006.

SO ORDERED.

Allyne R. Ross
United States District Judge

Dated: December 6, 2005
        Brooklyn, New York

**Service List**:

**Petitioner:**
Peter Anekwe, pro se
99A2717
Green Haven Correctional Facility
P.O. Box 4000
Stormville, NY 12582

**Respondents' Attorney:**
Howard Barry Goodman
Kings County District Attorney
350 Jay Street
Brooklyn, NY 11201